**FILED**

MAR 2 3 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.  **4:15CR00128 DDN** |
| ) | |
| LATONYA D. FREECHILD, ) | |
| ) | |
| Defendant. ) | |

## MISDEMEANOR INFORMATION

### COUNT I
### (DESERTION OF MAILS)

The United States Attorney charges that:

On or about May 27, 2014, in Saint Louis County, located within the Eastern District of Missouri,

**LATONYA D. FREECHILD,**

defendant herein, having taken charge of mail to be delivered to mail addressees, voluntarily quit and deserted mail, namely approximately 541 pieces of various classes of United States Mail, intended for delivery via City Route 12, 63136 in or around Jennings, Missouri.

All in violation of Title 18, United States Code, Section 1700.

Respectfully submitted,

RICHARD CALLAHAN
United States Attorney

*/s/ Dianna R. Collins*
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri   63102

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Dianna R. Collins, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
DIANNA R. COLLINS

Subscribed and sworn to before me this 23 day of March 2015.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK